UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARIAH R. SMITH,

    Plaintiff,

v.                                Case No. 23cv01337-LA

CITY OF WAUWATOSA, et al.,

    Defendants.

## STIPULATION FOR DISMISSAL

IT IS HEREBY stipulated and agreed by and between the Plaintiff, Mariah Smith, by her attorneys, Gingras, Thomsen, & Wachs, and Defendants, Luke Vetter, Jeffrey Farina, Benjamin Ziegler, and City of Wauwatosa, by their attorneys, Wirth + Baynard, that all causes of action as set forth against Defendants in the Complaint may be dismissed, without prejudice, and without costs and fees to either party.

Dated this 8th day of January 2024.

**WIRTH + BAYNARD**
Attorneys for Defendants

*/s/ Jasmyne M. Baynard*
Jasmyne M. Baynard, SBN 1099898
9898 W. Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
T: (414) 291-7979
Email: jmb@wbattys.com

**Gingras, Thomsen, & Wachs, LLP**
Attorneys for Plaintiff

*/s/ Mark Thomsen*
Mark Thomsen, SBN 1018839
219 N. Milwaukee Street, Suite 520
Milwaukee, WI 53202
T: (414) 935-5482
Email: mthomsen@gtwlawyers.com